IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAYLE J. PILIEGO**  PLAINTIFF

V.  Case No. 4:23-CV-148-JM

**JOHN DUPUY,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE